UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil Case No. 03cv0186-JAH(AJB) |
| Plaintiff, | ) |
| | ) ORDER TO MODIFY |
| | ) PRELIMINARY INJUNCTION AND |
| v. | ) TO LIQUIDATE CERTAIN ASSETS |
| | ) |
| RENATO BERNALDO PAULIN and | ) |
| BENISON MEDICAL SUPPLY, INC., | ) |
| | ) |
| Defendants. | ) |

Having reviewed the Parties' Joint Motion to Modify Preliminary Injunction and to Liquidate Certain Assets ("Motion"), and good cause appearing, THE MOTION IS GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. On October 6, 2005, this Court issued a preliminary injunction barring the Defendants from "directly or indirectly transferring, assigning, selling, hypothecating, changing, wasting, dissipating, converting, concealing, encumbering or otherwise disposing of, in any manner, the following assets:

    A.    Bank of America business checking account number **05077-02235** in the name of Benison Medical Supply, Incorporated.

    B.    Bank of America business money market account number **05073-06372** in the name of Benison Medical Supply, Incorporated.

    C.    Merrill Lynch Cash Management Account number **28837418** in the name of Renato B. Paulin.

    D.    San Diego Medical Federal Credit Union Account number **214849** in the name of

1         Renato B. Paulin.

2   E.     Washington Mutual Bank account number **1571504** in the name of Renato B. Paulin.[1/]

3

4   F.     Real property located at 931 Palencia Place, Chula Vista, California."

5     The Court modified the preliminary injunction on February 9, 2006, and on May 16, 2007.

6   2.     IT IS HEREBY ORDERED that the injunction is further modified as follows: any interest of the Defendants in the accounts identified in subparagraphs 1A through 1E above (the "accounts") is hereby relinquished and is released to the United States. Each financial institution for the accounts identified in subparagraphs A through E above shall forthwith liquidate and close each such account according to the following directions:

11   A.     Each financial institution identified in subparagraphs 1A through 1E above shall forthwith remit the full balance from such referenced accounts, minus the standard commissions and fees of such entities, including transmittal fees, if incurred and applicable, to the United States in accordance with the payment instructions provided by the United States Attorney's Office to such financial institutions for payment by electronic funds transfer or other means. Each financial institution shall include with its transfer of funds to the United States identification of the account number and the following notation, which may be abbreviated: "Civil settlement payment for Renato B. Paulin/Benison Medical Supply, Inc.";

19   B.     Each financial institution identified in subparagraphs 1A through 1E above shall provide copies of the final account statements for each subject account to: Renato B. Paulin or Benison Medical Supply, Inc. – depending on the stated account holder – in care of Attorney S. Todd Neal of Sullivan, Hill, Lewin, Rez & Engel, 550 West "C" Street, Suite 1500, San Diego, CA 92101, and to the United States, in care of Assistant U.S. Attorney Joseph P. Price, Jr., United States Attorney's Office 880 Front Street, Room 6293, San Diego, CA 92101.

25   3.     IT IS FURTHER ORDERED that the United States shall credit the funds it receives from the liquidation of the subject accounts identified in subparagraphs 1A through 1E above toward the

---

[1/] The complete number for this account is **379-1571504** and all further references herein to this account apply to the complete account number.

$300,000 Settlement Amount owed by the Defendants to the United States referenced in the Settlement Agreement attached as Exhibit 1 to the Motion.

4. IT IS FURTHER ORDERED that with regard to the $20,100 cash (U.S. currency) seized from the residence of Defendant Renato Bernaldo Paulin by the Plaintiff United States through the Department of Health & Human Services Office of Inspector General ("HHS-OIG") pursuant to a lawfully issued and executed search warrant on or about February 5, 2003, and possession of which HHS-OIG has at all times thereafter maintained:

    A. Any interest of the Defendants in the referenced $20,100 is relinquished and released to the United States;

    B. The United States is granted sole ownership in, and permanent possession of, the referenced $20,100; and

    C. The United States shall credit its receipt of the $20,100 toward the $300,000 Settlement Amount owed by the Defendants to the United States referenced in the Settlement Agreement attached as Exhibit 1 to the Motion.

5. IT IS FURTHER ORDERED that the Defendants shall timely perform any and all acts necessary to carry out the terms of this Order issued by the Court and shall timely perform any and all acts consistent with the terms of the Settlement Agreement.

6. IT IS FURTHER ORDERED that all other terms of the injunction, as modified, shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: May 22, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge